**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  SHERYL D. HARRIS                                    Case Number: 08-71647
        1023 BROOKE ROAD
        ROCKFORD, IL  61109                    SSN-xxx-xx-9082

                                                            Case filed on:        5/28/2008
                                                            Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | STATE OF ARKANSAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | IL. DEPT OF HEALTHCARE & FAMILY SRV. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SHERYL D. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 2,120.47 | 2,120.00 | 0.00 | 0.00 |
|  | Total Secured | 2,120.47 | 2,120.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.47 | 0.00 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 1,045.05 | 1,045.05 | 0.00 | 0.00 |
| 006 | AUBURN MANOR APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BONNIE GOODWIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAR BIZ AUTO CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMCAST F/K/A INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 1,592.39 | 1,592.39 | 0.00 | 0.00 |
| 012 | IL DEPT OF EMPLOYMENT SECURITY | 577.00 | 577.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 465.00 | 465.00 | 0.00 | 0.00 |
| 017 | ASSET ACCEPTANCE CORP | 473.38 | 473.38 | 0.00 | 0.00 |
| 018 | VAUGHN'S TV & APPLIANCE | 3,412.00 | 3,412.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,564.82 | 7,565.29 | 0.00 | 0.00 |
|  | Grand Total: | 9,685.29 | 9,685.29 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00      discharging the trustee and the trustee's surety from any and all
                                     liablility on account of the within proceedings, and closing the estate,
                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                     certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/26/2008           By  /s/Heather M. Fagan